NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER RAWLINS BRASURE,<br><br>   Plaintiff,<br><br>  vs.<br><br>ROBERT AYERS, JR., et al.,<br><br>   Defendants. | No. C 09-01166 JF (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br><br><br>(Docket No. 20) |

Plaintiff has filed a motion for an extension of time in which to file an amended complaint. (Docket No. 20.) Plaintiff gives no explanation for his failure to file a timely amended complaint. However, the Court will grant the extension in light of Plaintiff's incarceration and pro se status. Because Plaintiff has failed to show good cause for such extension, no further extensions shall be granted. Plaintiff's request for an extension of time is GRANTED such that Plaintiff must file an amended complaint and serve a copy on Defendants' counsel **no later than September 20, 2009**.

IT IS SO ORDERED.

DATED: 8/27/09

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JF\CR.09\Brasure01166_eot-ac.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER BRASURE,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT AYERS, et al.,<br><br>         Defendants.                              / | Case Number: CV09-01166 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   9/2/09  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Spencer Rawlins Brasure
P10000
San Quentin State Prison
P.O. Box P10000
San Quentin, CA 94964

Dated:   9/2/09

                                        Richard W. Wieking, Clerk