NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER RAWLINS BRASURE,   ) | No. C 09-01166 JF (PR) |
| ) | |
| Plaintiff,   ) | ORDER OF DISMISSAL |
| ) | |
| vs.   ) | |
| ) | |
| ROBERT AYERS, JR., et al.,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

Plaintiff, a state prisoner, filed a complaint in the Superior Court of the State of California in and for the County of Marin on January 14, 2009. Defendants, all officials at San Quentin State Prison ("SQSP"), filed a notice of removal on March 17, 2009, asserting that this Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1331. The Court reviewed the complaint and found removal was proper as Plaintiff raises claims under 42 U.S.C. § 1983.

On July 22, 2009, the Court dismissed the complaint with leave to amend to correct several deficiencies therein. (See Docket No. 19.) Thereafter, Plaintiff was granted an extension of time such that Plaintiff's amended complaint was due no later than September 20, 2009. The Court advised Plaintiff that if he failed to file an amended

1  complaint in the time provided, the Court would dismiss this action without prejudice.
2  (See id. at 4.)
3      The deadline has since passed, and Plaintiff has not filed an amended complaint.
4  Accordingly, this action is DISMISSED without prejudice.
5      IT IS SO ORDERED.
6  DATED: 10/6/09
7      JEREMY FOGEL
    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SPENCER BRASURE,

        Plaintiff,

  v.

ROBERT AYERS, et al.,

        Defendants.

                          /

Case Number: CV09-01166 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/8/09 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Spencer Rawlins Brasure
P10000
San Quentin State Prison
P.O. Box P10000
San Quentin, CA 94964

Dated:  10/8/09

                                                      Richard W. Wieking, Clerk